**In re Petition for Reinstatement to the Practice of Law of Gerald D. THEDENS, Petitioner.**

No. C9–96–1260.

Supreme Court of Minnesota.

July 30, 1997.

### *ORDER*

WHEREAS, on January 16, 1997, this court suspended petitioner Gerald D. Thedens from the practice of law for a period of 6 months, effective 14 days from the date of this court's order; and

WHEREAS, petitioner has filed with this court an affidavit stating that he has fully complied with the terms of the court's suspension order; and

WHEREAS, the Director of the Office of Lawyers Professional Responsibility has filed with this court an affidavit stating that the Director has no objection to petitioner's reinstatement to the practice of law effective July 30, 1997,

IT IS HEREBY ORDERED that petitioner Gerald D. Thedens be, and the same is, reinstated to the practice of law in the State of Minnesota effective July 30, 1997, subject to petitioner's successful completion of the professional responsibility portion of the state bar examination by January 16, 1998.

BY THE COURT:

/s/ Alan C. Page
Alan C. Page
Associate Justice